George F. Johnson, Appellant, v. James P. Foster and Others, Respondents. — Order

modified by increasing the amount of the bond to $2,000, and as modified affirmed, with ten dollars costs and disbursements to the appellant.   No opinion.

In the Matter of the Application of Dennis Galvin, Appellant, for a Writ of Mandamus against Bernard J. York and Others, Police Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.